# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**MARINER HEALTHCARE, INC.; ET AL.,**             **PLAINTIFFS,**

**VS.**             **CIVIL ACTION NO. 4:04CV243-P-A**

**PEGGY HUNT, ET AL.,**             **DEFENDANTS.**

## ORDER

This matter comes before the court upon Plaintiffs' Motion for Sealed Access [38-1]. Upon due consideration of the motion, the court finds that same should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Plaintiffs' Motion for Sealed Access [38-1] is **GRANTED**; accordingly,

(2) Access to Exhibits "B," "C," "D," "E," and "T" attached to the plaintiffs' rebuttal memorandum brief [39-1] in response to the defendant's response to the plaintiffs' motion to compel arbitration is hereby **SEALED**.

**SO ORDERED** this the 30th day of November, A.D., 2005.

                                                 /s/ W. Allen Pepper, Jr.
                                                 W. ALLEN PEPPER, JR.
                                                 UNITED STATES DISTRICT JUDGE